**Infringement Claim Chart for US8617160B2 v. Diversatek Healthcare ("Defendant")**

| Claims | Evidence |
|---|---|
| **A device for the implantation into osseous material to facilitate healing,** comprising: | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) in order to facilitate healing.<br><br>**Featuring the smart handle.**<br>The EndoGrip Grasping Forceps is designed to reduce movements. Without letting go of the handle, simply turn the positioning barrel to rotate the forceps 360° in either direction to retrieve objects from the gastrointestinal tract.<br><br>Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/<br><br>EndoGrip™ Grasping Forceps<br>Precise, responsive rotation with the Smart Handle<br>Turns smoothly without having to let go<br>Remains in desired position without "helicopter" effect<br>Diversatek Healthcare<br><br>Source: https://www.youtube.com/watch?v=hKtZ1ghHoyY&t=5s |

1

| | |
|---|---|
| an elongated tubular body wherein the elongated tubular body contains; | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes a handle (i.e., an elongated tubular body).<br><br><br><br>Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/<br><br>- Smart Handle<br>- Resilient design<br>- Rat-tooth alligator combo<br>- Indicated for both foreign body and stent removal<br><br>Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/<br><br>Featuring the smart handle.<br>The EndoGrip Grasping Forceps is designed to reduce movements. Without letting go of the handle, simply turn the positioning barrel to rotate the forceps 360° in either direction to retrieve objects from the gastrointestinal tract.<br><br>Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/ |

| | |
|---|---|
| | 

Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/ |
| a) **a mobile elongated rod;** | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes a handle (i.e., an elongated tubular body) where the elongated tubular body comprises an elongated rod.

Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf |



Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf

Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf

| | |
|---|---|
| an anchoring element attached to the elongated | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) in order to facilitate healing includes an inserter handle (i.e., an elongated tubular body) where the elongated tubular body comprises an elongated rod and anchoring element attached to the elongated tubular body. |

| tubular body; and |  |
| --- | --- |

Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf



Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf



Full, 360° positioning is achieved with a smartly designed rotating barrel that enables operation without letting go of the handle.

Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf

| | |
|---|---|
| a driver attached to the elongated rod | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) includes an elongated tubular body where tubular body comprises an elongated rod, anchoring element, and a Knob (i.e., a driver) attached to the body.<br><br><br><br>Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf<br><br><br><br>Source: https://www.youtube.com/watch?v=hKtZ1ghHoyY&t=5s |

6

| | |
|---|---|
| **wherein the driver can move substantially along the length of the elongated tubular body and** engages the anchoring element **thereby causing the anchoring element to** protrude laterally through the elongated tubular body and **engage the surrounding osseous material.** | The defendant's product EndoGrip™ Grasping Forceps is a device for implantation into bone (i.e., osseous material) includes an elongated tubular body where, tubular body comprises a mobile elongated rod, an anchoring element, and a Knob (i.e., a driver) attached to the body. The Knob (i.e., a driver) can move substantially along the length of the elongated tubular body and the anchoring element engage the surrounding osseous material.<br><br><br><br>Source: https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf<br><br><br><br>Source: https://www.youtube.com/watch?v=hKtZ1ghHoyY&t=5s |

7



Source:https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf

Featuring the smart handle.
The EndoGrip Grasping Forceps is designed to reduce movements. Without letting go of the handle, simply turn the positioning barrel to rotate the forceps 360° in either direction to retrieve objects from the gastrointestinal tract.

Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/



Source:https://diversatekhealthcare.com/wp-content/uploads/2018/09/080-0075_EndoGrip_Grasping_Forceps.pdf

8

- Smart Handle
- Resilient design
- Rat-tooth alligator combo
- Indicated for both foreign body and stent removal

Source: https://diversatekhealthcare.com/endogrip-grasping-forceps/