# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Distribution Intelligence Systems, LLC,<br><br>      Plaintiff,<br>v.<br><br>Diversatek Healthcare, Inc.,<br><br>      Defendant. | Case No. 2:22-cv-01520-PP |

## JOINT MOTION TO APPROVE STIPULATION
## TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

  Defendant Diversatek Healthcare, Inc., and Plaintiff Distribution Intelligence Systems, LLC jointly move the Court to approve the parties' stipulation to further extend Defendant's time to answer or otherwise respond to the Complaint to May 8, 2023.

  WHEREFORE, Defendant Diversatek Healthcare, Inc., and Plaintiff Distribution Intelligence Systems, LLC request the Court enter an order extending the time within which Defendants may answer or otherwise respond to the Complaint through and including May 8, 2023.

Dated this 31st day of March, 2023.

/s/ Christian G. Stahl
Johanna M. Wilbert (WI 1060853)
Christian G. Stahl (WI 1107419)
QUARLES & BRADY LLP
411 East Wisconsin Avenue, Suite 2400
Milwaukee, WI 53202
Telephone: 414-227-5000
*johanna.wilbert@quarles.com*
*christian.stahl@quarles.com*

*Attorneys for Defendant Diversatek Healthcare, Inc.*

Dated this 31st day of March, 2023.

/s/ Stephen M. Lobbin (with permission)
Stephen M. Lobbin (admitted in E.D. WI)
SML Avvocati P.C.
888 Prospect Street, Suite 200
La Jolla, CA 92037
Telephone: 949-636-1391

*Attorneys for Plaintiff Distribution Intelligence Systems, LLC*