Stephen M. Lobbin (SBN 181195)
sml@smlavvocati.com
**SML AVVOCTI P.C.**
888 Prospect Street, Suite 200
La Jolla, California 92037
Tel: 949.636.1391

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **Distribution Intelligence Systems, LLC**, a Wyoming company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**Diversatek Healthcare, Inc.,** a Wisconsin corporation,<br><br>　　　　　Defendant. | Case No. 2:22-cv-01520-SCD<br><br>**NOTICE OF DISMISSAL** |

　　　Pursuant to Rule 41(a)(1)(A)(i), Plaintiff Distribution Intelligence Systems, LLC hereby dismisses this action, without prejudice, no opposing party having yet served either an answer or a motion for summary judgment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  April 5, 2023　　　　　　　**SML AVVOCATI P.C.**

　　　　　　　　　　　　　　　　　　By:   /s/ Stephen M. Lobbin
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

/s/ Stephen M. Lobbin